# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 18-05205-5-DMW |
| JAMES EARL WHITE, ) | |
|     Debtor. ) | CHAPTER 13 |
| _____ ) | |
| ) | |
| JAMES EARL WHITE, ) | |
|     Plaintiff, ) | ADVERSARY PROCEEDING |
| ) | NO.  23-00097-5-DMW |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF EDUCATION, ) | |
|     Defendant. ) | |
| _____ ) | |

## STIPULATION OF DISMISSAL

Plaintiff James Earl White and Defendant United States Department of Education, by and through their respective counsel, hereby stipulate to dismissal of this adversary proceeding, with prejudice, pursuant to Federal Rule of Civil Procedure 41, as made applicable by Federal Rule of Bankruptcy Procedure 7041, with each party to bear their own costs.

Respectfully submitted this 7th day of May, 2024.

| | |
|---|---|
| */s/ Douglas Wickham* | MICHAEL F. EASLEY, JR. |
| DOUGLAS WICKHAM | United States Attorney |
| Wickhamlaw | |
| Post Office Box 19439 | */s/ Benjamin J. Higgins* |
| Raleigh, NC 27619 | BENJAMIN J. HIGGINS |
| (919) 239-0488 | Assistant United States Attorney |
| Email: doug@wickhamlawnc.com | 150 Fayetteville Street, Suite 2100 |
| *Attorney for Plaintiff /Debtor* | Raleigh, North Carolina 27601 |
| | Telephone: (919) 856-4043 |
| | Email: benjamin.higgins2@usdoj.gov |
| | Massachusetts Bar # 690969 |
| | *Attorney for Department of Education* |